WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for SG Mortgage Securities Asset Backed Certificates, Series 2006-FRE2
08-76281

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | BK Case No.: 10-22459-bam |
|---|---|
| Leo Deguzman and Merinda Deguzman | Chapter 13 |

## WITHDRAWAL OF EXPARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

Notice is hereby given that the Exparte Application For An Order Pursuant to 362(s)(3)(A) of Secured Creditor U.S. Bank National Association, as Trustee for SG Mortgage Securities Asset Backed Certificates, Series 2006-FRE2 filed on the 20th day of August, 2010 is hereby withdrawn.

DATED this 23rd day of August, 2010.

                                                                    WILDE & ASSOCIATES

By /s/ Gregory L. Wilde #10099
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  208 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5
   MARK S. BOSCO, ESQ.
6  Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
7  2525 East Camelback Road, Suite 300
8  Phoenix, Arizona 85016
   Telephone: (602) 255-6000
9
10 U.S. Bank National Association, as Trustee for SG Mortgage Securities Asset Backed Certificates,
   Series 2006-FRE2
11 08-76281

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | BK Case No.: 10-22459-bam |
|---|---|
| Leo Deguzman and Merinda Deguzman | Chapter 13 |

**CERTIFICATE OF MAILING OF WITHDRAWAL OF EXPARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)**

1. On __8/23/10__ I served the following documents(s):

   WITHDRAWAL OF EXPARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  a. **ECF System**
         David Krieger
         dkrieger@hainesandkrieger.com
         Attorney for Debtors

///

        Kathleen A Leavitt
        courtsecf3@las13.com
        Trustee

X  **b. United States mail, postage fully prepaid:**

        David Krieger
        1020 Garces Ave.
        Las Vegas, NV 89101
        Attorney for Debtors

        Leo Deguzman and Merinda Deguzman
        5329 Tustin Hills St.
        North Las Vegas, NV 89081
        Debtors

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

    ☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

    ☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. N/A

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

///

///

☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this **23** day of **AUGUST** 2010.

By: _____